IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
SEP 11 2019
REONA J. DALY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| LARRY HOWELL, #K89663 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:16-cv-160-RJD |
| | ) |
| WEXFORD HEALTH SOURCES, INC. and | ) |
| JOHN TROST, | ) |
| | ) |
| Defendants. | ) |

## VERDICT FORM

*Note:* For each claim, circle the name of the person for whom you find in favor of.

On Plaintiff Larry Howell's claim against Defendant Dr. John Trost for deliberate indifference to his serious medical need, we find in favor of:

**Plaintiff Larry Howell or _(Defendant Dr. John Trost)_** [circled: Defendant Dr. John Trost]

On Plaintiff Larry Howell's claim against Defendant Wexford Health Sources, Inc. for deliberate indifference to his serious medical need, we find in favor of:

**_(Plaintiff Larry Howell)_ or Defendant Wexford Health Sources, Inc.** [circled: Plaintiff Larry Howell]

*Note:* Complete the following paragraph on damages **only** if one or more of the above findings is in favor of Plaintiff Larry Howell. If you do not find in favor of Plaintiff Larry Howell on any of his claims, skip to the bottom of the form and date and sign the verdict form.

We assess compensatory damages in favor of Plaintiff Larry Howell in the following amount:

(stating the amount, or if you find that Plaintiff's damages have no money value, set forth a nominal amount, such as $1.00).

$ 25,000 00/100



Dated: 9-11-19